No. 96–7644. ATCHESON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7646. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7654. EZEOKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7664. COHEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7667. WOMACK *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–7668. WEBB *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–7678. DANIELS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7679. FLUCAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7680. HAWKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7681. DELMARLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7704. WELKY *v.* MAKOWSKI, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–974. HENRY *v.* CITY OF SHERMAN. Sup. Ct. Tex. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.